

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2023

No. 04-22-00326-CV

Zulema J. **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On January 23, 2022, appellees filed a motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.3(c). After consideration, we **deny** the motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court